UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS

CASE NO. 3:07-MJ-31 MD

GARY J. SPRINGER

**FINANCIAL REFERRAL AND ORDER**

Regarding release of funds for: _X_ Fine, ___ Restitution, ___ Filing Fee, ___ Attorney Admission Fee, ___ Copy Fee, ___ Bond, ___ Other (Specify) _____

By: _____Gary J. Springer_____ (Payee)
Address: 209-D Elm Drive
Eglin AFB, FL 32542

Receipt Number _3-1705___ Date of Receipt _3/7/08___

Motion: N/A

Explanation: A review of the payment records for Mr. Springer indicates an overpayment of $5.00. According to the court dockets and financial records, Mr. Springer does not owe any additional money and should be reimbursed $5.00.

WILLIAM M. McCOOL, Clerk of Court

Prepared by: ___s/Philip Detweiler___
Philip Detweiler, Financial Specialist       Date: April 7, 2008

---

**ORDER OF COURT**

It is ORDERED this 7th day of April, 2008, that the Clerk refund the identified funds to the payee.

APPROVED _X_

DENIED _____

_____
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

Adopted: 12/03/99